UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FIRST RESPONSE CORPORATION** | * | **CIVIL ACTION: 2:22-cv-04283** |
| **D/B/A SERVICEMASTER OF** | * | |
| **TOOELE COUNTY** | * | |
| | * | **JUDGE: SARAH S. VANCE** |
| **VERSUS** | * | |
| | * | **MAGISTRATE:** |
| **SUZANNE WEST** | * | **JANIS VAN MEERVELD** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion:

IT IS HEREBY ORDERED that Defendant, State Farm Fire and Casualty Company, be granted an additional twenty-one (21) days from the date responsive pleading would be due, or until December 15, 2023, within which to file responsive pleadings to Plaintiff's Second Amended Complaint.

NEW ORLEANS, Louisiana, this 17th day of November, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRIC JUDGE

3